AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 OCT -9 P 3: 28

CLERK _____
SO. DIST. OF GA.

LEO PHILLIP THOMAS,

    Plaintiff,

vs.

FEDERAL BUREAU OF PRISONS
and JOSE M. VAZQUEZ,

    Defendants.

CIVIL ACTION NO.: CV207-074

## ORDER

After an independent review, the Court adopts the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts he was transferred from FPC Pensacola because he would not agree to cooperate with staff at FPC Pensacola to become a confidential informant and report on the activities of other inmates. While Plaintiff may have arguably asserted a claim against one or more staff members at FPC Pensacola, he does not name any individual from that penal institution as a defendant in this case. Instead, Plaintiff names the Federal Bureau of Prisons and Jose Vazquez, the Warden at FCI Jesup, as Defendants. Plaintiff cannot sustain a cause of action based on the facts asserted in his Complaint and in his Objections against these named Defendants. See FED. R. CIV. P. 8(a)(2) (stating that a pleading which sets forth a claim for relief shall contain "a short and plain statement of the claim showing that the pleader is entitled to relief"). In addition, Plaintiff asserts entirely different motives underlying his transfer in his

Objections than he did in his original Complaint. Finally, even if the Court were to find that Plaintiff set forth a sustainable claim, Plaintiff cannot sustain a claim against the Bureau of Prisons. See FDIC v. Meyer, 510 U.S. 471, 485-86, 114 S. Ct. 996, 1005-06, 127 L. Ed. 2d 308 (1994) (the proper defendant in a Bivens claim is the federal officer who allegedly violated the plaintiff's constitutional rights, not the federal agency which employs the officer).

The Report and Recommendation of the Magistrate Judge, as supplemented herein, is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 9 day of October, 2007.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE